UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH YOUNG and MARSHA YOUNG | ) ) ) |
| Plaintiffs | ) ) |
| v. | ) CAUSE NO. 3:03-CV-550 RM ) |
| QUALITY TRANSFER CO., and HAROLD HUSS, | ) ) ) |
| Defendants | ) ) |

OPINION AND ORDER

On April 11, 2005, Progressive Northern Insurance Company filed a motion to intervene as a plaintiff. The court's jurisdiction in this case depends on the parties' diversity of citizenship and the amount in controversy. 28 U.S.C. § 1332. Progressive's motion says its intervention "will not defeat the jurisdiction or the venue of the Court," but it makes no positive assertions about Progressive's citizenship, i.e., the state(s) of its incorporation and principal place of business.

The court has an obligation to inquire into its own subject matter jurisdiction. See Weaver v. Hollywood Casino-Aurora, Inc., 255 F.3d 379, 381 (7th Cir. 2001). Accordingly, pursuant to 28 U.S.C. § 1653, the court affords Progressive fifteen days from this order's date within which to file an amended motion properly alleging the existence of diversity jurisdiction under 28 U.S.C. § 1332.

SO ORDERED.

ENTERED:  April 18, 2005


 /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court

cc:     K. Young

M. Young
R. Van Sickle