UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KENNETH YOUNG and MARSHA YOUNG | ) ) ) |
| Plaintiffs | ) ) ) |
| PROGRESSIVE NORTHERN INSURANCE COMPANY | ) ) ) ) |
| Intervening Plaintiff | ) ) ) |
| v. | ) CAUSE NO. 3:03-CV-550 RM ) |
| QUALITY TRANSFER CO. and HAROLD HUSS, | ) ) ) ) |
| Defendants | ) |

OPINION AND ORDER

On April 11, Progressive Northern Insurance Company filed a motion to intervene as a plaintiff, but didn't properly allege the existence of diversity jurisdiction under 28 U.S.C. § 1332. The court afforded Progressive fifteen days to file an amended motion curing this flaw. On May 2, Progressive filed an amended motion in which it stated it is incorporated in Wisconsin with its principal place of business in Ohio. These facts satisfy the court that Progressive's intervention will not disturb its jurisdiction.

Accordingly, Progressive's second motion to intervene [docket no. 46] is GRANTED solely for the purpose of allowing Progressive to assert an equitable lien against any recovery by the plaintiffs in the amount of $5,500. This case will now

be captioned as set forth above. Progressive's first motion to intervene [docket no. 44] is DENIED AS MOOT.

SO ORDERED.

ENTERED:   May 9, 2005

                                             /s/ Robert L. Miller, Jr.
                                             Chief Judge
                                             United States District Court

cc:    K. Young
       M. Young